Form definm13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Jason T Kostelyk
449 Circle Ave
Willowbrook, IL 60527
SSN: xxx−xx−9024 EIN: N.A.

Case No. : 20−07423

Chapter : 13

Judge :   Janet S. Baer

Dorothy M Kostelyk
449 Circle Ave
Willowbrook, IL 60527
SSN: xxx−xx−2187 EIN: N.A.

**NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 13 CASES
OF REQUIRED DOCUMENTS FOR DISCHARGE**

Unless an approved Personal Financial Management Course Provider has notified the Court that you have completed the course, you must file the following documents in order to receive a discharge.

☑ Official Form 423, Certification About a Financial Management Course. In joint cases, the form must be completed and filed by each debtor. Please include the certificate number on Official Form 423 or attach the certificate you received from the approved Personal Financial Management Course Provider.

A list of "Approved Debtor Education Providers" is available at the U.S. Trustee's website at www.justice.gov/ust/eo/bapcpa/ccde/index.htm.

Official Form 423 is available on our website at www.ilnb.uscourts.gov/Forms/

☑ Debtor's Declaration Domestic Support Obligations. In joint cases, the form must be completed and filed by each debtor. The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required documents, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: December 23, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Northern District of Illinois

In re: Case No. 20-07423-JSB
Jason T Kostelyk Chapter 13
Dorothy M Kostelyk
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0752-1    User: corrinal    Page 1 of 2
Date Rcvd: Dec 23, 2020    Form ID: definm13    Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jason T Kostelyk, 449 Circle Ave, Willowbrook, IL 60527-6117 |
| jdb | #+ | Dorothy M Kostelyk, 449 Circle Ave, Willowbrook, IL 60527-6117 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2020 at the address(es) listed below:

**Name**      **Email Address**

David H Cutler
     on behalf of Debtor 1 Jason T Kostelyk cutlerfilings@gmail.com r48280@notify.bestcase.com

Glenn B Stearns
     stearns_g@lisle13.com

Molly S Simons
     on behalf of Creditor Fifth Third Bank bankruptcy@sottileandbarile.com

Nisha B Parikh
     on behalf of Creditor Fifth Third Bank National Association ILBankruptcy@dallegal.com

| | | |
|---|---|---|
| District/off: 0752-1 | User: corrinal | Page 2 of 2 |
| Date Rcvd: Dec 23, 2020 | Form ID: definm13 | Total Noticed: 2 |

Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov

Theodore Konstantinopoulos  on behalf of Creditor Fifth Third Bank  National Association ILbankruptcy@dallegal.com

TOTAL: 6